IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Crim. No. 1:22-CR-00426 |
|---|---|---|
| v. | : | |
| SCOTT BOONE, DANIEL E. MCGUIRE, THOMAS E. LAUER, and REBECCA J. DAVIS | : | Judge Jennifer P. Wilson |

## TRIAL CONTINUANCE ORDER

**AND NOW**, this 8th day of April, 2024, upon consideration of Defendants' unopposed motion to continue trial, Doc. 70, noting the Government's concurrence, **IT IS ORDERED THAT** Defendant's motion, Doc. 70, is **GRANTED**. Pretrial motions shall be filed by **January 10, 2025**. Jury selection and trial in the above-captioned action scheduled for March 4, 2024, are **CONTINUED** to **February 3, 2025, at 9:30 a.m.**, in Courtroom 8A, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania. The court specifically finds that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendant in a speedy trial. It has been represented to the court that additional time is required receive and review discovery. The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this Order.

    s/Jennifer P. Wilson
    JENNIFER P. WILSON
    United States District Judge
    Middle District of Pennsylvania