**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT E. BOONE, | : | NO. 1:22-CR-426 |
| DANIEL E. MCGUIRE, | : | |
| THOMAS E. LAUER, and | : | (Judge Wilson) |
| REBECCA J. DAVIS, | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS' JOINT MOTION TO DISMISS THE INDICTMENT FOR
PREJUDICIAL GOVERNMENT DELAY AND TO REQUEST AN
<u>EVIDENTIARY HEARING</u>**

COMES NOW THE DEFENDANTS, Scott E. Boone, Daniel E. McGuire,

Thomas E. Lauer and Rebecca J. Davis (together, "the defendants"), and hereby

move this Court for an Order dismissing the Indictment in this case on the grounds

of inexcusable delay resulting in actual prejudice to their ability to present a defense

to the charges therein, in violation of Constitutional due process guarantees.

This motion is based on this notice, the Memorandum of Law in Support

hereof, the declarations and documents submitted as evidence in support, and the

proposed order, all filed herewith.

WHEREFORE, the Defendants request that the Court schedule an evidentiary

hearing in this matter at the Court's earliest convenience, hear testimony and receive

documents and things, and on the basis of evidence and argument admitted thereat,

grant this motion for relief and enter the accompanying Proposed Order.

Respectfully submitted,

By /s/ *Efrem M. Grail*
Efrem M. Grail, Esquire
PA I.D. No. 81570
By /s/ *Julia M. Gitelman*
Julia M. Gitelman, Esquire
Pa. I.D. No. 327449
THE GRAIL LAW FIRM
428 Boulevard of the Allies
Suite 500
Pittsburgh, PA 15219
(412) 332-9101, ext. 101
egrail@graillaw.com
jgitelman@graillaw.com
*Counsel for Daniel E. McGuire*

By /s/ *Sarah Hyser-Staub*
Sarah Hyser-Staub, Esquire
PA I.D. No. 315989
By /s/ *James T. Clancy*
James T. Clancy, Esquire
PA I.D. No. 54339
McNEES WALLACE & NURICK LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 237-5473
sstaub@mcneeslaw.com
*Counsel for Rebecca J. Davis*

2

By */s/ S. Wesley Gorman*
S. Wesley Gorman, Esquire
PA I.D. No. 325565
REISINGER COMBER & MILLER
LLC
436 Seventh Ave., Suite 300
Pittsburgh, PA 15219
(412) 894-1380
wgorman@reisingercomber.com
*Counsel for Thomas E. Lauer*

By */s/ Lisa A. Mathewson*
Lisa A. Mathewson, Esquire
PA I.D. No. 77137
MATHEWSON LAW LLC
1617 JFK Boulevard, Suite 2027
Philadelphia, PA 19103
(215) 399-9592
lam@mathewson-law.com

By */s/ Mark Cedrone*
Mark Cedrone
Saxton & Stump, LLC
123 S. Broad Street
Suite 2800
Philadelphia, PA 19109
(267) 665-2080
mec@saxtonstump.com
*Counsel for Scott E. Boone*

Date:      May 14, 2025

3

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, I hereby certify that I sought concurrence from counsel for the United States in the foregoing motion, and that said concurrence was denied.

<div style="margin-left: 50%;">

By /s/ *Efrem M. Grail*
Efrem M. Grail, Esquire
PA I.D. No. 81570
By /s/ *Julia M. Gitelman*
Julia M. Gitelman, Esquire
Pa. I.D. No. 327449
THE GRAIL LAW FIRM
428 Boulevard of the Allies
Suite 500
Pittsburgh, PA  15219
(412) 332-9101, ext. 101
egrail@graillaw.com
jgitelman@graillaw.com
*Counsel for Daniel E. McGuire*

</div>

Date:    May 14, 2025

## CERTIFICATE OF SERVICE

I, Efrem M. Grail, Esq. hereby certify that a true and correct copy of the

foregoing document was filed on May 14, 2025, with the Clerk of Court using the

CM/ECF system and thereby becoming immediately available to the following:


RAVI ROMEL SHARMA
Assistant United States Attorney
Middle District of Pennsylvania
Ravi.Sharma@usdoj.gov


By /s/ *Efrem M. Grail*
Efrem M. Grail, Esquire
PA I.D. No. 81570
By /s/ *Julia M. Gitelman*
Julia M. Gitelman, Esquire
Pa. I.D. No. 327449
THE GRAIL LAW FIRM
428 Boulevard of the Allies
Suite 500
Pittsburgh, PA  15219
(412) 332-9101, ext. 101
egrail@graillaw.com
jgitelman@graillaw.com
*Counsel for Daniel E. McGuire*


Date:   May 14, 2025