**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT E. BOONE, | : | NO. 1:22-CR-426 |
| DANIEL E. MCGUIRE, | : | |
| THOMAS E. LAUER, and | : | (Judge Wilson) |
| REBECCA J. DAVIS, | : | |
| Defendants. | : | |
| | : | |

**ORDER**

AND NOW, FOR GOOD CAUSE APPEARING, this Court shall hold an evidentiary hearing on defendants' Joint Motion to Dismiss the Indictment for Prejudicial Delay. Said hearing shall be held in person before this Court on the _____ day of _____, 2025. Following the hearing, this Court shall forthwith ORDER such additional rulings as appropriate and proper, based on argument and evidence offered at the hearing.

IT IS SO ORDERED.

_____
Hon. Patricia Wilson, U.S.D.J.