IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 1:22-CR-00426 |
| | : |
| v. | : |
| | : |
| SCOTT E. BOONE, *et al.* | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 9th day of December, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motion to dismiss the indictment for legal insufficiency, Doc 116, is **DENIED**.

2. Defendants' motion to dismiss the indictment under the Due Process and Equal Protection Clauses, Doc. 121, is **DENIED**.

3. Defendants' motion for a bill of particulars, Doc. 117, is **GRANTED IN PART AND DENIED IN PART**.

4. The Government shall provide a bill of particulars to Defendants that identifies the following: (a) the false and fraudulent pretenses, representations, promises, and/or omissions that the Government intends to prove were the means by which Defendants executed the charged fraudulent schemes; (b) all Small Business Administration rules and regulations that Defendants allegedly violated in executing the charged

fraudulent schemes; and (c) the factual basis for charging attempt to commit major fraud against the United States.

5. The Government shall file the aforementioned bill of particulars **by January 9, 2026**.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania