# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:22-CR-00426 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| SCOTT E. BOONE, et al. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of April, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** the motion to quash filed by Defendants and Bon Secour Management and joined by J.M., Doc. 199, is **GRANTED**.  **IT IS FURTHER ORDERED THAT** the Government's motion for oral argument, Doc. 244, is **DENIED AS MOOT**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania