## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:22-CR-00426 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| SCOTT E. BOONE, *et al.* | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 24th day of April, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendants' motion to compel an amended bill of particulars, Doc. 230, is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

1. The motion is **GRANTED** with respect to Defendants' request for greater clarity concerning (a) the false and fraudulent pretenses, representations, promises, and/or omissions that the Government intends to prove were the means by which Defendants executed the charged fraudulent schemes and (b) the Small Business Administration rules and regulations that Defendants allegedly violated in executing the charged fraudulent schemes.

2. The motion is **DENIED** in all other respects.

3. The Government shall file an amended bill of particulars that identifies the following: (a) the false and fraudulent pretenses, representations,

1

promises, and/or omissions that the Government intends to prove were the means by which Defendants executed the charged fraudulent schemes; (b) all Small Business Administration rules and regulations that Defendants allegedly violated in executing the charged fraudulent schemes; and (c) the factual basis for charging attempt to commit major fraud against the United States.  **The Government is expected to disclose this information in accordance with the guidance provided in the accompanying memorandum**.[1]

4.  The Government shall file the amended bill of particulars **by May 8, 2026**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] For the avoidance of doubt, the Government's current description of the factual basis for charging attempt to commit major fraud against the United States is sufficient.  The Government need not alter the substance of that description when including it in the amended bill of particulars.

2