IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CR. NO. 1:22-CR-426 |
| v. | : | (Judge Wilson) |
| SCOTT E. BOONE,<br>DANIEL E. MCGUIRE | : | (Electronically Filed) |
| Defendants. | : | |

**<u>DEFENDANTS' JOINT PROPOSED VOIR DIRE QUESTIONS</u>**

Defendants Scott E. Boone and Daniel E. McGuire by and through their undersigned counsel, respectfully request, pursuant to Federal Rule of Criminal Procedure 24(a) and the Court's pretrial scheduling order, that the Court include the following questions in its voir dire examination of prospective jurors, and that the Court permit individual follow-up examination at sidebar of any prospective juror whose answer to any of these questions so warrants.

**<u>Workplace Experiences</u>**

1. Have you ever been asked by an employer, supervisor, or business partner to say or write something at work that you believed was untrue? If so, what did you do?

2. Have you ever been fired, demoted, disciplined, or forced out of a job because you refused to do something you believed was improper at work?

3. Have you ever faced retaliation for having reported wrongdoing at your workplace, whether internally or to an outside agency?

4. Do you know anyone who acted as a whistleblower and received negative blowback for it?

5. Have you ever been lied to at work by a superior or colleague?

6. Have you ever been the victim of fraud?

**Written Policies and Workplace Practice**

7. Do you believe that violating a rule or regulation is always the same thing as committing a crime?

**Construction, Subcontracting, and Labor Practices**

8. Have you or anyone close to you ever worked in the construction industry, including as a contractor, subcontractor, tradesperson, estimator, or project manager?

9. Have you ever worked as a subcontractor, hired subcontractors, or worked through a staffing agency, temporary service, or labor broker?

**Experiences with Government Oversight**

10. Have you or anyone close to you ever worked for the United States government in any capacity, including the Small Business Administration, the Department of the Army, or the Department of Veterans Affairs?

11. Have you or anyone close to you ever performed work that a government employee, inspector, or contracting official oversaw or approved?

12. Have you ever done work the way a government official directed or approved, and then been criticized or penalized for that work later?

13. Have you or your employer ever been audited, inspected, or investigated by a government agency? If so, do you believe the outcome was fair?

**Federal Contracting and Small Business Programs**

14. Have you or anyone close to you ever worked for a company that pursued federal contracts, including through the Small Business Administration's 8(a) Business Development Program, the Women-Owned Small Business program, or the Service-Disabled Veteran-Owned Small Business program?

15. Are you familiar, from experience or otherwise, with teaming arrangements, joint ventures, or mentor relationships in government contracting, in which an experienced firm works alongside a small or newly certified firm?

16. Would you have any difficulty presuming a person innocent if that person were accused of misusing a program intended to benefit disabled veterans?

**Military Service**

17. Have you ever served in the United States armed forces, including active duty, the reserves, or the National Guard? If so, please describe the branch, dates, and nature of your service.

18. Has any member of your family or anyone close to you served in the United States armed forces?

19. Did your service, or the service of anyone close to you, involve Letterkenny Army Depot, the U.S. Army Aviation and Missile Command, the Salem VA Medical Center, or the maintenance, repair, or supply of military equipment at any Army depot or installation?

20. Is there anything about your own military service, or the military service of someone close to you, that would affect your ability to be fair and impartial in a case involving allegations of fraud in connection with construction and maintenance work performed at an Army depot?

21. Would you tend to view allegations of fraud involving a military installation differently from allegations of fraud involving any other customer?

**Letterkenny Army Depot**

22. Have you, any family member, or any close friend ever worked at Letterkenny Army Depot in any capacity, whether for the government or for a contractor or subcontractor?

23. Have you or anyone close to you ever worked in or with Letterkenny Army Depot's Directorate of Public Works, its Engineering and Planning Division, or its contracting office?

24. Have you ever heard anything, whether from news coverage, coworkers, or conversation in your community, about how construction or maintenance contracts were awarded at Letterkenny Army Depot, or about any claimed favoritism or wrongdoing in contracting there?

25. Between approximately 2003 and 2018, did you or anyone close to you work on construction, painting, railroad, or facility maintenance projects at Letterkenny Army Depot?

26. Do you have feelings about Letterkenny Army Depot's importance to this region that might make it difficult for you to sit in judgment in a case involving alleged fraud in connection with Letterkenny contracts?

**Business Relationships and Contract Values**

27. This case involves contracts worth tens of millions of dollars. Would hearing dollar figures of that size make it more difficult for you to keep an open mind about whether anyone was defrauded?

28. Do you believe that when a business earns a profit on government work, that fact by itself suggests that something improper occurred?

**Parties, Attorneys, Experts, and Witnesses**

29. Do you, or any member of your immediate family, know or have or had any relationship with or connection of any kind with Defendants Scott E. Boone, Daniel E. McGuire or Thomas E. Lauer?

30. Do you have any familiarity with Bon Secour Management and/or Elstner Construction Company?

31. Have you ever heard or read anything concerning Bon Secour Management and/or Elstner Construction Company?

32. Have you, or any of your immediate family members or friends, ever worked for the United States Government, Department of the Army, War Department, Veterans Administration or Small Business Administration?

33. Are you, or any of your immediate family members or friends, at all familiar with the SBA's 8(a) contracting program?

34. Have you, or any of your immediate family members or friends, been a client of, or are familiar with, the following attorneys or law firms:

-Efrem M. Grail, Esq. and Julia M. Gitelman, Esq., and The Grail Law Firm, Pittsburgh, Pennsylvania (counsel for Daniel E. McGuire)

Lisa A. Mathewson, Esq., Mathewson Law LLC, Philadelphia, Pennsylvania (counsel for Scott E. Boone)

Mark E. Cedrone, Esq., Saxton and Stump, Philadelphia, Pennsylvania (counsel for Scott E. Boone)

Assistant United States Attorney Ravi Sharma and the United States Attorney's Office for the Middle District of Pennsylvania (counsel for the United States)

35. Do you, or any of your immediate family members or friends, know or have you heard or read anything about the following expert witnesses, or their accounting firms, who may provide testimony in this case?

For the United States: John Klein
For the Defendants: Joe Jordan and Trevor Skelly

36. During the course of the trial, multiple other individuals will be referred to, and you will hear from still other individuals who will testify as fact witnesses. Do you know or have you heard or read anything about the following individuals who may be introduced at trial?

Individuals: James Coccagna, Rebecca Elstner (also known as Rebecca Davis), Alan Smallwood, Barbara Fisher, Michelle Fike (also known as Michelle Merrill), Michael Moffa, Sophia Davis,

Wayne Swope, Walt Killingsworth, JoAnn Williams, and Kylie Scott

Entities: Bon Secour Management, Elstner Construction Company, and Alan Smallwood Excavating, LLC

**General Background and Litigation Experience**

37. Does anyone think it is unfair that our system of justice requires the United States of America to produce evidence and to prove beyond any reasonable doubt that a defendant committed the crime or crimes he or she is accused of?

38. Have you, or any of your immediate family members or friends, ever obtained a degree in engineering or received specialized training or have specialized experience in the construction field?

39. Have you, or any of your immediate family members or friends, ever worked for a company that received government contracts?

40. Have you, or any of your immediate family members or friends, ever worked for a company or business that was considered a disadvantaged business?

41. Have you, or any of your immediate family members or friends, ever been the victim of a crime?

42. Have you or a family member ever been the subject of any investigation, or involved in litigation, dispute, or controversy with any law enforcement

agency, bureau, department or representative of the United States of America?

43. Have you, or any of your immediate family members or friends, ever testified in court as a witness?

44. Have you, at any time in the past, sat as a juror, or been a member of a jury in a criminal case?

(a) If so, when?

(b) Please describe the type of case in which you participated as a juror.

(c) Have you ever served as a foreperson of a jury?

(d) What was the outcome of any cases in which you served as a juror?

**Hardship**

45. Is there any reason that you will be unable to serve as a juror from October 13, 2026 to November 13, 2026?

46. Do you have any physical or other handicap or limitations, such as difficulties with hearing or vision or sitting for extended periods of time, that will interfere with your ability to understand the proceedings and fully consider the evidence?

Respectfully submitted,

/s/ Julia M. Gitelman
Julia M. Gitelman, Esq.
PA ID No. 327449

/s/ Efrem M. Grail, Esq.
PA ID No. 81570
The Grail Law Firm
428 Boulevard of the Allies, Suite 500
Pittsburgh, PA 15219
Office: (412) 332-9101
Fax: (856) 210-7354
egrail@graillaw.com
jgitelman@graillaw.com
Counsel for Defendant Daniel E. McGuire

/s/ Lisa A. Mathewson
Lisa A. Mathewson, Esq.
PA ID No. 77137
Mathewson Law LLC
1617 John F. Kennedy Blvd., Suite 2027
Philadelphia, PA 19103
Office: (215) 399-9592
lam@mathewsonlaw.com
Counsel for Defendant Scott E. Boone

/s/ Mark E. Cedrone
Mark E. Cedrone, Esq.
PA ID No. 45549
Saxton and Stump
23 S. Broad Street, Suite 2800
Philadelphia, PA 19109
Phone: 267-665-2080
Fax: 215-925-6471
MEC@saxtonstump.com
Counsel for Defendant Scott E. Boone

Dated: September 14, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I caused the instant document to be filed electronically using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Julia M. Gitelman
Julia M. Gitelman, Esq.