UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:22-CR-426 |
| v. | : | |
| | : | (Judge Wilson) |
| **SCOTT E. BOONE,** **DANIEL E. MCGUIRE,** Defendants. | : | (electronically filed) |

**JOINT VOIR DIRE STATEMENT**

The superseding indictment charges Scott E. Boone, Daniel E. McGuire, and Thomas E. Lauer with conspiracy to violate the Major Fraud Act and with individual violations of the Major Fraud Act. Mr. Boone and Mr. McGuire have pleaded not guilty to the charges and are presumed innocent. [Mr. Lauer is not on trial in the matter before you.[1]]

The government alleges that Mr. Boone and Mr. McGuire, along with others, agreed to commit and did commit fraud in connection with contracts from the United States Government that were reserved for eligible small businesses participating in certain small business

[1] The parties' views differ on whether to include this sentence, and they therefore propose to address it with the Court at the time of the final pretrial conference.

programs run by the U.S. Small Business Administration and the Department of Veterans Affairs. One of these programs was the SBA's 8(a) Business Development Program. The other was the Service Disabled Veteran Owned Small Business Program, also known as the SDVOSB Program. The contracts at issue in this case were awarded at Letterkenny Army Depot and the VA Medical Center located in Salem, Virginia. Boone and McGuire, along with others who are not on trial here, are accused of obtaining contracts at these government facilities through false promises that they would comply with certain contract terms and with certain rules governing the companies obtaining those contracts. These rules related to (1) who had control of the small business program participant company and (2) the percentage of work that a participating company was required to perform on a contract.

This is only a very brief summary of the charges against Mr. Boone and Mr. McGuire. Nothing I have said to you should be regarded as evidence of the allegations. The evidence will be presented to you during the trial.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Dated: September 14, 2026

By: *<u>/s/ Ravi Romel Sharma</u>*

Ravi Romel Sharma
Assistant U.S. Attorney
PA 331135
1501 N. 6th Street, Box 202
Harrisburg, PA 17102
Tel: (717) 221-4482
Fax: (717) 221-4493
ravi.sharma@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, the foregoing document was served on all counsel of record.

/s/ Ravi R. Sharma
RAVI ROMEL SHARMA
Assistant U.S. Attorney