UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:22-CR-00426 |
| | ) | |
| v. | ) | (Judge Wilson) |
| | ) | |
| SCOTT E. BOONE, *et al.*, | ) | |
| Defendants. | ) | (Electronically Filed) |

**UNITED STATES' PROPOSED *VOIR DIRE***

In addition to those that the Court might ordinarily ask, the United States of America, through counsel, respectfully proposes the following *voir dire* questions of potential jurors.

1. Do you have knowledge of, or have you had any experience with, the United States Small Business Administration or "SBA"? If so, describe your knowledge of and, if any, experience with the SBA. Would that prevent you from being fair and impartial in this case?

2. To your knowledge, has any family member or close friend ever had any experience or involvement with the SBA? If so, describe their experience or involvement with the SBA. Would that prevent you from being fair and impartial in this case?

3. Do you have any beliefs or views, whether positive or negative, about the United States Small Business Administration that would prevent you from being fair and impartial in this case?

4. Have you heard about, or have you had any experience with, the SBA's 8(a) Business Development Program specifically? If so, describe your knowledge of and, if any, experience with that program. Would that prevent you from being fair and impartial in this case?

5. Have you heard about, or have you had any experience with, the SBA's Service Disabled Veteran Owned Small Business Program specifically ? If so, describe your knowledge of and, if any, experience with that program. Would that prevent you from being fair and impartial in this case?

6. Do you have any beliefs or views, whether positive or negative, about whether the government should "set aside" or reserve government contracting opportunities for individuals who are socially or economically disadvantaged, or provide any other targeted assistance to them? If so, describe those views. Would they prevent you from being fair and impartial in this case?

7. Do you have any beliefs or views, whether positive or negative, about whether the government should "set aside" or reserve government contracting opportunities for individuals who are service-

disabled veterans, or provide any other targeted assistance to them? If so, describe those views. Would they prevent you from being fair and impartial in this case?

8. Have you ever considered applying for admission to, applied for admission to, participated in, or had any other dealings with a small-business assistance or development program administered by the SBA or any other governmental agency, whether federal, state, or local? If so, describe your experiences. Is there anything about those experiences that would prevent you from being fair and impartial in this case?

9. Like SBA programs, some educational and professional opportunities give preference to individuals with certain background characteristics, for example, individuals who are socially or economically disadvantaged or previously served in the military. Were you ever denied an educational or professional opportunity because it was given to an individual who had background characteristics that you did not have? If so, describe your experiences. Is there anything about those experiences that would prevent you from being fair and impartial in this case?

10. In this case, your job will be to determine the facts based on

the evidence and testimony that is admitted into the record and to apply the law, as I will explain it to you. Specifically, your job will be to apply laws relating to certain crimes that are charged in this case. Your job will *not* be to decide on the wisdom, fairness, or legality of SBA programs that you will be hearing about, and you may not allow your views of these programs, whether positive or negative, to influence your decisions. These programs were adopted into law by Congress, which has the responsibility under our Constitution to make the laws. Will you have any difficulty whatsoever determining the facts and following the law, as I will explain it to you, due to a view or belief, whether positive or negative, about such programs? If so, please explain.

11. Have you ever considered applying for, applied for, bid on, obtained, or performed work related to a government contract, or have you ever been involved with a company that, to your knowledge, did any of these things? If so, describe those experiences. Is there anything about those experiences that would prevent you from being fair and impartial in this case?

12. Have you, a family member, or a close friend ever been

employed either as a federal government employee or federal government contractor? If so, describe that employment. Is there anything about those experiences that would prevent you from being fair and impartial in this case?

13. Have you, a family member, or a close friend ever been involved in government contracts in any other way not previously addressed? If so, describe those experiences. Is there anything about those experiences that would prevent you from being fair and impartial in this case?

14. Have you ever been responsible for ensuring that a company or organization complied with the terms of a contract? If so, describe those experiences. Is there anything about those experiences that would prevent you from being fair and impartial in this case?

15. Do you have any beliefs or views, whether positive or negative, about the government's use of contractors or private companies to perform work for the government? If so, describe those views. Will those beliefs or views prevent you from being fair and impartial in this case?

16. Have you, a family member, or a close friend ever been engaged in a lawsuit against or other dispute with the federal government or any other governmental office? If so, describe the experience. Is there anything about that experience that would prevent you from being fair and impartial in this case?

17. Have you, a family member, or a close friend ever been involved in a contract dispute? If so, describe the experience. Is there anything about that experience that would prevent you from being fair and impartial in this case?

18. It is the government's burden to prove that a defendant is guilty beyond a reasonable doubt—not beyond all doubt. Do you feel that, even if the evidence established the defendants' guilt beyond a reasonable doubt, you might not be able to return a guilty verdict?

19. Would you have any difficulty accepting the testimony of a witness who has been convicted of a crime?

20. You will hear the testimony of one or more witnesses who are cooperating with the government pursuant to a plea agreement. Do you have any beliefs or views, whether positive or negative, about the use of

witnesses who are cooperating with the government in exchange for a possible reduction of their sentence?

21. Have you, a family member, or a close friend ever had any contact or dealings with the United States' Attorney's Office for the Middle District of Pennsylvania, with any other component of the United States Department of Justice, or with any law enforcement agency, such as the Federal Bureau of Investigation? If so, describe the experience. Is there anything about that experience that would prevent you from being fair and impartial in this case?

22. Do you have any beliefs or views, whether positive or negative, about the United States' Attorney's Office for the Middle District of Pennsylvania, the United States Department of Justice, or law enforcement that would prevent you from being fair and impartial in this case?

23. Have you, a family member, or a close friend ever had any other contact with law enforcement officials that caused you to form opinions, whether positive or negative, regarding law enforcement? If so, please explain. Would those opinions prevent you from being fair and

impartial in this case?

24. Have you, a family member, or a close friend ever been employed as a law enforcement officer? If so, in what capacity? Was there anything about your or their experiences that would prevent you from being fair and impartial in this case?

25. Have you, a family member, or a close friend ever been questioned as part of a criminal investigation by any federal, state, or local law enforcement agency? If so, describe what happened. Was there anything about the way police, prosecutors, or any other government representative handled the matter that you thought was unfair, or that upset you in any way?

26. Have you, a family member, or a close friend ever been a victim or witness of a crime or potential crime? If so, describe those experiences. Was there anything about the way police, prosecutors, or any other government representative handled the case that you thought was unfair, or that upset you in any way? Was there anything about those experiences that would prevent you from being fair and impartial in this case?

27. Have you, a family member, or a close friend ever been accused of committing fraud? If so, describe what happened. Was there anything about those experiences that would prevent you from being fair and impartial in this case?

28. Have you, a family member, or a close friend ever been investigated for, charged with, or convicted of a crime? If so, describe what happened. Is there anything about the way police, prosecutors, or any other government representative handled the case that you thought was unfair, or that upset you in any way? Was there anything about those experiences that would prevent you from being fair and impartial in this case?

29. This case depends, in part, on the testimony of law enforcement officers. You must evaluate a law enforcement officer who testifies as an individual and neither automatically reject nor accept their testimony simply because they are a law enforcement officer. So, it's important for us to know whether you have any views about law enforcement or have had any experiences with law enforcement that might affect your ability to be fair to either the United States or the

defense in evaluating the testimony of law enforcement. Accordingly, would you have any difficulty giving testimony by a law enforcement officer the same weight that you would give testimony by other witnesses?

30. This trial may last as long as five weeks. If selected as a juror, will you be able to serve fully and attentively for that duration of time?

31. Would you have any difficulty working with fellow jurors as a group to try and arrive at a verdict in this case?

32. Do you have any problems with your hearing or vision that would prevent you from giving full attention to the evidence at this trial?

33. Do you have any medical condition or are you taking any medication that would prevent you from giving full attention to the evidence at this trial?

34. Do you have any difficulty understanding or reading English?

35. Would anyone be unable to reach a firm verdict based solely on the evidence admitted at trial and on the law?

36. Do you have a religious, moral, political, or philosophical belief that would make you unable to act as the judge of the facts in this

case and to render a verdict for reasons unrelated to the law and evidence?

37. Would you have difficulty relying on a combination of documents, records, and testimony to determine what happened and whether the United States satisfied its burden of proof beyond a reasonable doubt?

38. Are you a lawyer, or do you have a family member or close friend who is or was a lawyer? If so, please describe. If so, is there anything about your or their training, knowledge, or experience that would affect your ability to be fair and impartial in this case?

39. Even if you are not a lawyer, have you ever had any legal training, taken legal courses, or ever worked in a law office? If so, is there anything about your training, knowledge, or experience that would affect your ability to be fair and impartial in this case?

40. Have you taken any courses, or had any training, in business, finance, accounting, bookkeeping, or any similar area? If so, please describe the courses or training.

41. Have you ever had a job that involved finance, accounting,

bookkeeping, accounting, auditing, or finance? If so, please describe.

42. Do you hold any specialized training or licenses, such as a CPA license? If so, please describe.

43. Have you ever worked in the area of construction or in a similar field, or served in a managerial or oversight role in which you oversaw construction or similar work? If so, please describe.

44. Are you, a family member, or close friend a veteran of the U.S. Armed Forces? Have you, your family member, or close friend had any dealings or experiences with the Department of Veterans Affairs? If so, please describe those experiences. Is there anything about those experiences that would prevent you from being fair and impartial in this case?

45. Do you have any beliefs or views, whether positive or negative, about the U.S. Armed Forces or Department of Veterans Affairs that would prevent you from being fair and impartial in this case?

46. Apart from any prior question, does anyone have any reason to believe you could not be a fair and impartial juror in this case?

WHEREFORE, in addition to those questions that are ordinarily

asked, the United States respectfully requests the Court to ask the foregoing *voir dire* questions of potential jurors. The United States respectfully requests leave to propose additional or modified *voir dire* questions as may become appropriate in preparation for trial.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Dated: September 14, 2026

By: */s/ Ravi Romel Sharma*
Ravi Romel Sharma
Assistant U.S. Attorney
PA 331135
1501 N. 6th Street, Box 202
Harrisburg, PA 17102
Tel: (717) 221-4482
Fax: (717) 221-4493
ravi.sharma@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on September 14, 2026, the foregoing was served on counsel of record via ECF.

/s/ Ravi R. Sharma
RAVI ROMEL SHARMA
Assistant U.S. Attorney