UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:22-CR-426 |
| | : | |
| v. | : | |
| | : | (Judge Wilson) |
| **SCOTT E. BOONE,** | : | |
| **DANIEL E. McGUIRE,** | : | (electronically filed) |
| Defendants. | : | |

**UNITED STATES' PROPOSED VERDICT FORM**

The United States respectfully submits the enclosed proposed verdict form and furthermore requests leave to offer a modified verdict form as may become appropriate in preparation for and during the course of the trial.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Dated: September 14, 2026

By: */s/ Ravi Romel Sharma*
Ravi Romel Sharma
Assistant U.S. Attorney
PA 331135
1501 N. 6th Street, Box 202
Harrisburg, PA 17102
Tel: (717) 221-4482
Fax: (717) 221-4493
ravi.sharma@usdoj.gov

# VERDICT FORM

Counts One through Six, as described in the Superseding Indictment, relate to conduct that allegedly occurred in connection with contracts awarded at Letterkenny Army Depot.

## COUNT ONE

1. On the charge of conspiracy to violate the Major Fraud Act against Scott E. Boone, what is your verdict?

_____ Guilty _____ Not Guilty

2. On the charge of conspiracy to violate the Major Fraud Act against Daniel E. McGuire, what is your verdict?

_____ Guilty _____ Not Guilty

**COUNT TWO**

1. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-08-D-0013, a contract allegedly worth approximately $3.5 million and awarded on or about November 30, 2007, what is your verdict against Scott E. Boone?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Scott E. Boone (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

2. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-08-D-0013, a contract allegedly worth approximately $3.5 million and awarded on or about November 30, 2007, what is your verdict against Daniel E. McGuire?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Daniel E. McGuire (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

**COUNT THREE**

1. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-08-D-0052, a contract allegedly worth approximately $3.5 million and awarded on or about May 22, 2008, what is your verdict against Scott E. Boone?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Scott E. Boone (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

2. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-08-D-0052, a contract allegedly worth approximately $3.5 million and awarded on or about May 22, 2008, what is your verdict against Daniel E. McGuire?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Daniel E. McGuire (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

**COUNT FOUR**

1. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-09-D-0019, a contract allegedly worth approximately $3.5 million and awarded on or about March 14, 2009, what is your verdict against Scott E. Boone?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Scott E. Boone (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

2. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-09-D-0019, a contract allegedly worth approximately $3.5 million and awarded on or about March 14, 2009, what is your verdict against Daniel E. McGuire?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Daniel E. McGuire (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

**COUNT FIVE**

1. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-09-D-0023, a contract allegedly worth approximately $15 million and awarded on or about April 30, 2009, what is your verdict against Scott E. Boone?

_____ Guilty                    _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Scott E. Boone (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

2. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-09-D-0023, a contract allegedly worth approximately $15 million and awarded on or about April 30, 2009, what is your verdict against Daniel E. McGuire?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Daniel E. McGuire (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

**<u>COUNT SIX</u>**

1. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-09-D-0027, a contract allegedly worth approximately $60 million and awarded on or about July 27, 2009, what is your verdict against Scott E. Boone?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Scott E. Boone (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

2. On the charge of major fraud against the United States in Letterkenny Army Depot contract number W911N2-09-D-0027, a contract allegedly worth approximately $60 million and awarded on or about July 27, 2009, what is your verdict against Daniel E. McGuire?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Daniel E. McGuire (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

Counts Seven through Eight, as described in the Superseding Indictment, relate to conduct that allegedly occurred in connection with a contract awarded at the Salem Veterans Affairs Medical Center.

**COUNT SEVEN**

1. On the charge of conspiracy to violate the Major Fraud Act against Scott E. Boone, what is your verdict?

_____ Guilty _____ Not Guilty

2. On the charge of conspiracy to violate the Major Fraud Act against Daniel E. McGuire, what is your verdict?

_____ Guilty _____ Not Guilty

**<u>COUNT EIGHT</u>**

1. On the charge of major fraud against the United States in Salem VA Medical Center contract number VA246-13-C-0018, a contract allegedly worth approximately $5.3 million and awarded on or about March 26, 2013, what is your verdict against Scott E. Boone?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Scott E. Boone (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

2. On the charge of major fraud against the United States in Salem VA Medical Center contract number VA246-13-C-0018, a contract allegedly worth approximately $5.3 million and awarded on or about March 26, 2013, what is your verdict against Daniel E. McGuire?

_____ Guilty _____ Not Guilty

If you find the defendant "guilty" of this count, then complete the following section:

We, the jury, unanimously find that the defendant, Daniel E. McGuire (check each one that applies):

____ Knowingly executed a scheme or artifice or willfully participated in a scheme or artifice with knowledge of its fraudulent nature.

____ Knowingly attempted to execute a scheme or artifice or knowingly attempted to participate in a scheme or artifice with knowledge of its fraudulent nature.

# FINAL INSTRUCTIONS

Please confirm that you have checked either "Guilty" or "Not Guilty" for each count in the verdict form. If you have a found a defendant "Guilty" of any one of the counts in the verdict form, please confirm that you have completed the additional section for that particular defendant and that count. If so, you have completed the verdict form.

The foreperson must sign and date below and seal the completed verdict form in the envelope that was provided to you. After that, please inform the bailiff that you have reached a unanimous verdict.

Do not give the sealed envelope containing the verdict form to the bailiff. Your foreperson should retain the envelope until it is requested by the judge when court reconvenes.

SO SAY WE ALL, this _______ day of ________________ , 2026.

_______________________________

**Foreperson**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, the foregoing document was served on all counsel of record.

/s/ Ravi R. Sharma
RAVI ROMEL SHARMA
Assistant U.S. Attorney