**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:22-cr-426 |
| v. | : | |
| THOMAS E. LAUER | : | Judge Jennifer P. Wilson |

FILED
HARRISBURG, PA
SEP 24 2026
PER [signature]
DEPUTY CLERK

**MOTION TO WITHDRAW PLEA**

**AND NOW**, on this 24th day of September 2026, the defendant in the above captioned case, in open court, moves to be permitted to withdraw his plea of **NOT GUILTY** and to enter a plea of **GUILTY** to count(s) 1 of the Superseding Indictment.

Defendant

Counsel

**ORDER**

**AND NOW**, on this 24th day of September 2026, it is ordered that the motion is **GRANTED**.

Jennifer P. Wilson
United States District Judge

**PLEA**

**AND NOW**, on this 24th day of September, the defendant, **Thomas E. Lauer**, in open court enters his plea of **GUILTY** to count(s) 1 of the Superseding Indictment.

Defendant

Counsel